In the Matter of Spencer C. Young, Respondent. Farrell Dobbs et al., as Candidates of Socialist Workers Party, Appellants.

Argued October 25, 1946; decided October 25, 1946.

*Milton G. Winston* for appellants.

*Robert E. Whalen, Sharon J. Mauhs, Robert J. Laffin, George Myers, Sol Rubenstein* and *Russell G. Hunt* for respondent.

*Nathaniel L. Goldstein, Attorney-General* (*John R. Davison* of counsel), for Secretary of State.

Order affirmed, without costs. Application by Secretary of State to cancel and revoke by telegram his certification of the candidates, etc., granted. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.